United States District Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

UNITED STATES OF AMERICA

vs

Jennifer Villarreal
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:21−cr−01702

    Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for November 18, 2021 at 03:00 PM before United States Magistrate Judge Christopher dos Santos at 1300 Victoria, , Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Date: **November 12, 2021**